EMIGRANT SAVINGS BANK-BROOKLYN/QUEENS, as Assignee of Emigrant Mortgage Company, Inc., Respondent, v BONIFACIO MAKINANO, Appellant, et al., Defendants.

Submitted April 27, 2015; decided May 5, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.

GREATER NEW YORK TAXI ASSOCIATION et al., Appellants, v NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, a Charter-Mandated Agency, et al., Respondents, and NISSAN TAXI MARKETING, N.A., LLC, et al., Intervenors-Respondents.

Submitted April 6, 2015; decided May 5, 2015

Motion by Design Trust for Public Space et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

GREEN TREE CREDIT, LLC, Formerly Known as CONSECO FINANCE CREDIT CORP., Respondent, v GODFREY JELKS, Individually and as Executor of EVA T. CLARK, Deceased, Appellant, et al., Defendants.

Submitted February 23, 2015; decided May 5, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.